IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | Consolidated Under MDL DOCKET NO. 875 |
| CERTAIN PLAINTIFFS | |
| v. | Transferor District Court Northern District of West Virginia |
| CERTAIN DEFENDANTS | |

O R D E R

AND NOW, this **25th** day of **August 2009**, it is hereby **ORDERED** that all claims against all the viable defendants in the cases listed in "Exhibit A", attached, are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41.

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.

## EXHIBIT "A"

| PLAINTIFF'S NAME | E.D. PA. Case No. |
| --- | --- |
| Andrew K. & Elizabeth Rabbeth | 2:09-cv-73393 |
| Betty & Harold Gilpin | 2:09-cv-73381 |
| Robert & Myritle Harris | 2:09-cv-73382 |
| Gertrude & Raymond Hollinsear | 2:09-cv-73383 |
| Julian & Patricia Marsh | 2:09-cv-73384 |
| Dallas & Githa McKenzie | 2:09-cv-73385 |
| Barbara & Frederick McKim | 2:07-cv-62956 |
| Claudia & Ronald Postlewait | 2:09-cv-73386 |
| Gertrude & Ramon Price | 2:09-cv-73387 |
| Rose & Murry Ward | 2:09-cv-73388 |
| Raymond & Dolores Bradley | 2:09-cv-73375 |
| Patricia & Paul Carlisle | 2:09-cv-73376 |
| Doyle & Opal Chinn | 2:09-cv-73377 |
| Connie & George Everett | 2:09-cv-73379 |
| Louise & J. Frame | 2:09-cv-73380 |
| Kirtley Bell | 2:07-cv-62957 |
| Harriet & Robert Eads | 2:09-cv-73389 |
| Lawrence Meredith | 2:09-cv-73390 |
| Charles & Dorothy Murphy | 2:09-cv-73391 |
| Carlos Petty | 2:09-cv-73392 |